Bertha Schafhaus, Appellant, v. The Coney Island and Gravesend Electric Railway Company and the Nassau Electric Railroad Company, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

Lavinia G. Smith, Respondent, v. New York City Railway Company, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Thomas Smith and Frank Smith, Composing the Firm of Thomas Smith & Son, Respondents, v. Mabelle H. Dorland, Appellant, Impleaded with Robert G. Fulton, as Administrator with the Will Annexed of John Fulton, Deceased, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

James H. Smith, Respondent, v. John D. Ditmas, Defendant, Impleaded with Elihu J. Granger, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Eina Soronen, Appellant, v. William Von Pustau, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The Town of Montgomery, Respondent, v. William H. Didsbury and The American Surety Company of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Emma A. Townsend, Individually and as Administratrix, etc., of Charles Wilmot Townsend, Deceased, and Others, Appellants, v. Jennie F. Pendleton, Individually and as Executrix of and Trustee under the Last Will and Testament of John M. Pendleton, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor and Miller, JJ., concurred.

Edward J. Ward, Respondent, v. William H. Brawley, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Isaac Warshaw, Respondent, v. Morris Manson and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.